# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Edward Whitfield

Plaintiff

v.

Marty C. Anderson, Warden

Defendants

Case No. Civil 01-594 PAM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is denied. All pending motions in this matter are denied as moot.

DATE: September 12, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk